HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
LINDA C. HARTER, State Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda_harter@fd.org

Attorneys for Defendant
ANTHONY WARNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY WARNER <br><br> Defendant. | No.  Cr.S. 2:14 MJ 0119-DAD <br><br> ORDER FOR THE U.S. MARSHAL TO BRING ANTHONY WARNER TO COURT FOR THE VIDEO HEARING FROM THE DISTRICT OF SOUTH DAKOTA WESTERN DIVISION <br><br> Date:    June 16, 2014 <br> Time:   1:00 p.m. <br> Courtroom: 8th Floor, #27 |

TO:     UNITED STATES MARSHALS OFFICE

Please take notice that this courtroom will be used for a video hearing on June 16, 2014 at 1:00 p.m. for a change of plea hearing with the District of South Dakota, Western Division.

This court directs the United States Marshals Office to bring Anthony Warner from the Sacramento County Jail to this court room on June 16, 2014 for this defendant's video hearing with the Western Division of South Dakota.    There is no need for any clerk, court reporter or Judge from this courtroom to attend this hearing.

Dated: June 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim

Warner0119.ord.re.video.hrg

2